IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN CAMPBELL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2278 |
| | § | |
| MARK S. PETTIES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff's motion for leave to amend to add DaimlerChrysler AG as a party defendant is granted. (Docket Entry No. 15). The plaintiff must file the amended complaint adding DaimlerChrysler AG as a party defendant no later than **April 20, 2007**.

Plaintiff also moved for referral to mediation. (Docket Entry No. 19). The parties are already scheduled to advise the court about mediation or other ADR on July 2, 2007. Given the request to add a new party defendant, which this court has granted, the motion for an earlier compelled mediation is denied. The parties may, of course, agree among themselves to mediate the case before July 2007.

SIGNED on April 6, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge